# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carnes, Julie E. | Eleventh Circuit Court of Appeals | 05/7/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Senior status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

56 Forsyth Street, N.W.
Suite 360
Atlanta, Georgia 30303

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. Executor | Estate #1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/7/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Spouse - retirement benefit, former partner in law firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Scalia Law School | 4/25-26, 2019 | Arlington, VA | Attenance at 1st Annual Scalia Lecture | Air fare and cab $384.89. Hotel paid directly by law school $157.00. Meals paid directly by law school $130.00. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carnes, Julie E.** | 05/7/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | University of Georgia Athletic Association | Tickets to UGA football game | $690.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carnes, Julie E.** | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Associated Credit Union cash acc't | D | Interest | N | T | | | | | |
| 2. SunTrust Bank cash acc't | A | Interest | O | T | | | | | |
| 3. Trust #1 | | | | | | | | | |
| 4. - Suntrust Bank cash acc't | A | Interest | J | T | | | | | |
| 5. - Northwestern Mutual whole life insurance | B | Dividend | K | T | | | | | |
| 6. Wells Fargo Bank cash acc'ts | A | Interest | M | T | | | | | |
| 7. Prudential Life Insurance Company Variable Annuity | | | | | | | | | |
| 8. - AST Blackrock Global Strategies Port | C | Dividend | O | T | | | | | |
| 9. Athens GA Hsg Auth Rev UGARFDG East Campus 12/1/24 | C | Interest | L | T | | | | | |
| 10. ATLANTA GA ARPT REV GEN REF BDS SER E 05.000% JUL 01 2027 | A | Interest | M | T | Buy | 10/16/19 | M | | |
| 11. ATLANTA GA URBAN REDEV AGY REV REF BDS MAY17 05.000% DEC01 2028 | D | Interest | M | T | | | | | |
| 12. ATLANTA GA WTR & WASTEWTR REV RF NOV01 2022 | B | Interest | L | T | | | | | |
| 13. ATLANTA GA WTR & WASTEWTR REV RF NOV01 2033 | B | Interest | L | T | | | | | |
| 14. CHEROKEE CNTY GA SCH SYS GO BDS 2017 SCH GTD MAY17 05.000% FEB01 2028 | C | Interest | M | T | | | | | |
| 15. CHEROKEE CNTY GA SCH SYS GO BDS 2018 SCH GTD MAY18 05.000%AUG01 2029 | B | Interest | K | T | | | | | |
| 16. COLUMBIA CNTY GA SCH DIST SCH GTD APR01 2022 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. COLUMBIA CNTY GA GO BDS 2017 FEB17 05.000%JAN01 2034 | B | Interest | K | T | | | | | |
| 18. COLUMBUS GA BLDG AUTH LEASE REV REF BDS 05.000% JAN 01 2028 | A | Interest | M | T | Buy | 10/25/19 | M | | |
| 19. CONNECTICUT ST HEALTH & EDL FACS AUTH REV SER M APR16 05.000%JUL012026 | C | Interest | M | T | | | | | |
| 20. DEKALB NEWTON GWINNETT GA JDA REF BDS GGC REAL MAY18 05.000%JUN01 2026 | D | Interest | M | T | | | | | |
| 21. Fulton Cnty GA Dev Auth Rev Catholic B 11/15/2023 | A | Interest | | | Redeemed | 05/15/19 | K | A | |
| 22. FULTON CNTY GA DEV AUTH REV BDS GEORGIA TECH 05.000% JUN 15 2044 | B | Interest | L | T | Buy | 05/20/19 | L | | |
| 23. GEORGIA MUN ASSN INC CTFS PARTN COPS CITY OF FEB18 05.000%DEC01 2032 | C | Interest | M | T | | | | | |
| 24. GEORGIA ST SER A JAN01 2023 | C | Interest | L | T | | | | | |
| 25. GEORGIA ST HIGHER ED FACS AUTH REV USG RF JUN15 2021 | B | Interest | L | T | | | | | |
| 26. GEORGIA ST RD & TWY AUTH REV REV BDS 2017 SER A AUG17 05.000%JUN012026 | C | Interest | M | T | | | | | |
| 27. GWINNETT CNTY GA SCH DIST RF FEB01 2024 | C | Interest | L | T | | | | | |
| 28. GWINNETT CNTY GA DEV AUTH REV REF REV BDS A MAY17 05.000%JUL01 2025 | C | Interest | L | T | | | | | |
| 29. HENRY CNTY GA SALES TAX MAY01 2020 | C | Interest | L | T | | | | | |
| 30. JEA FLA ELEC SYS REV SUB-SER SER B B RF Maty: 10/1/22 | B | Interest | K | T | | | | | |
| 31. METRO ATLANTA RTA GA SLS TAXRV RF NPFG JUL01 2023 | D | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 32. RICHMOND CNTY GA BRD ED SALES TAX SCH GTD FEB17 05.000%OCT01 2021 | C | Interest | L | T | | | | | |
| 33. SALT LAKE CNTY UTAH CROSSOVER RF OCT16 05.000%DEC15 2024 | C | Interest | L | T | | | | | |
| 34. SANDY SPRINGS GA PUB FACS AUTH REV CITY CTR MAY01 2025 | C | Interest | M | T | | | | | |
| 35. SOUTH REGL JT DEV AUTH GA REV REF BDS VSU ASRE 05.000% AUG 01 2022 | A | Interest | M | T | Buy | 10/11/19 | M | | |
| 36. Tampa FLA Health Sys Rev Baycare Health RF 11/15/2023 | B | Interest | L | T | | | | | |
| 37. WALTON CNTY GA WTR & SEW AUTH REV SER A RF MAR16 05.000%FEB01 2027 | B | Interest | L | T | | | | | |
| 38. Washington Cnty Ore. CLEAN WTR SVCS SEW REV A Maty: 10/1/19 | D | Interest | | | Redeemed | 10/01/19 | M | A | |
| 39. BIF MONEY FUND (See Part VIII) | | | | | | | | | |
| 40. Schwab Money Market Fund cash acc't | A | Interest | M | T | | | | | |
| 41. Merrill Lynch Bank cash acc't | A | Interest | M | T | | | | | |
| 42. AMERICAN BOND FD OF AMERICA CL F2 FUND (ABNFX) | A | Dividend | L | T | Buy | 10/09/19 | L | | |
| 43. AMERICAN FUNDS INCOME FUND OF AMERICA CL F2 (AMEFX) | B | Dividend | | | Sold | 09/27/19 | L | C | |
| 44. BANK OF AMERICA, NA RASP (IIAXX) | A | Interest | J | T | | | | | |
| 45. BLACKROCK STRATEGIC INCOME OPPRTNTS PTF (BSIIX) | B | Dividend | | | Sold | 11/22/19 | L | A | |
| 46. BLACKROCK TOTAL RETURN FUND INSTITUTIONAL CLASS FUND (MAHQX) | B | Dividend | M | T | Buy | 05/29/19 | L | | |
| 47. | | | | T | Buy (add'l) | 10/09/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 48. BLACKROCK LIQUIDITY FUND T FUND INSTL CL FUND (TSTXX) | A | Dividend | | | Buy | 08/15/19 | K | | |
| 49. | | | | | Sold | 09/27/19 | K | A | |
| 50. DAVIS GLOBAL FUND CL Y (DGFYX) | A | Dividend | | | Buy | 05/29/19 | L | | |
| 51. | | | | | Sold | 09/27/19 | L | C | |
| 52. FIRST TRUST EXCHANGE-TRADED FD IV SHS (FTSL) | B | Dividend | | | Sold | 05/29/19 | L | A | |
| 53. FIRST TRUST ENHANCED SHORT MATURITY ETF (FTSM) | A | Dividend | | | Sold | 05/29/19 | L | A | |
| 54. FIRST TRUST LOW DURATION OPPORTUNITIES (LMBS) | A | Dividend | | | Sold | 05/29/19 | L | A | |
| 55. ISHARES IBOXX $ INVT GRADE CORP BD (LQD) | A | Dividend | | | Buy<br>(add'l) | 03/20/19 | J | | |
| 56. | | | | | Sold<br>(part) | 01/16/19 | J | A | |
| 57. | | | | | Sold<br>(part) | 09/27/19 | J | A | |
| 58. | | | | | Sold | 10/09/19 | K | B | |
| 59. ISHARES CORE HIGH DIVIDEND ETF (HDV) | D | Dividend | M | T | | | | | |
| 60. ISHARES EDGE MSCI MIN VOL EMERGING MARKETS ETF (EEMV) | A | Dividend | | | Sold | 09/27/19 | K | A | |
| 61. Ishares Select Divid Index FD (DVY) | C | Dividend | M | T | | | | | |
| 62. ISHARES S&P 100 (OEF) | B | Dividend | M | T | | | | | |
| 63. ISHARES TRUST SHS ISHARE EAFE MINIMUM VOL (EFAV) | D | Dividend | M | T | Sold<br>(part) | 02/28/19 | J | A | |
| 64. LORD ABBETT SHORT DURATION INCOME FD CL F (LDLFX) | B | Dividend | | | Sold | 07/25/19 | L | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. LORD ABBETT ULTRA SHORT BOND FUND CL F (LUBFX) | B | Dividend | | | Sold | 07/25/19 | L | A | |
| 66. LORD ABBETT BOND DEBENTURE FD CL F FUND (LBDFX) | C | Dividend | M | T | Buy (add'l) | 10/09/19 | L | | |
| 67. LORD ABBETT NATIONAL TAX FREE INC FD CL (LANFX) | B | Dividend | M | T | Buy | 07/25/19 | M | | |
| 68. | | | | | Buy (add'l) | 11/05/19 | K | | |
| 69. J P MORGAN EXCHANGE ETF ULTRA SHORT INCOME ETF (JPST) | B | Dividend | | | Buy (add'l) | 05/29/19 | K | | |
| 70. | | | | | Sold | 07/25/19 | M | A | |
| 71. MFS MUNI INCOME FD CL 1 (MIMIX) | B | Dividend | M | T | Buy | 07/25/19 | M | | |
| 72. PIMCO HIGH YIELD MUNICIPAL BOND FD CL I2 (PYMPX) | A | Dividend | M | T | Buy | 09/27/19 | L | | |
| 73. | | | | | Buy (add'l) | 11/05/19 | K | | |
| 74. PIMCO INCOME FUND CL I2 FUND (PONPX) | D | Dividend | N | T | Buy (add'l) | 10/09/19 | L | | |
| 75. PIMCO LOW DURATION INCOME FUND CL 12 (PFTPX) | B | Dividend | | | Sold | 09/27/19 | L | A | |
| 76. PIONEER HIGH INCOME MUNICIPAL FUND CLASS Y (HIMYX) | B | Dividend | L | T | Buy | 11/22/19 | L | | |
| 77. VANECK VECTORS J.P MORGAN EM LOCAL CCY BOND ETF (EMLC) | A | Dividend | | | Sold | 10/09/19 | J | A | |
| 78. Thornburg Limited Term Municipal Fund CL I (LTMIX) | B | Dividend | L | T | | | | | |
| 79. XTRACKERS USD HIGH YIELD CORPORATE BOND ETF (HYLB) | A | Dividend | | | Buy | 01/16/19 | J | | |
| 80. | | | | | Sold | 10/09/19 | J | A | |
| 81. ALLIANZ GI NFJ EMRG MKTS VALUE INST (AZMIX) | A | Dividend | | | Sold | 12/06/19 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 82. AMERICAN CENTURY INFL ADJUSTED BD I (AIAHX) | A | Dividend | | | Sold | 02/26/19 | K | A | |
| 83. AMERICAN CENTURY MID CAP VALUE FD CL I (AVUAX) | A | Dividend | | | Sold | 02/26/19 | K | C | |
| 84. BAIRD AGGREGATE BOND INST (BAGIX) | C | Dividend | M | T | | | | | |
| 85. BAIRD CORE PLUS BD INST (BCOIX) | C | Dividend | M | T | | | | | |
| 86. BARON EMRG MKTS FD INST (BEXIX) | A | Dividend | | | Sold | 12/06/19 | K | C | |
| 87. BROWN ADVISORY GROWTH EQUITY INST (BIAGX) | D | Dividend | M | T | | | | | |
| 88. COHEN & STEERS REALTY SHARES (CSRSX) | D | Dividend | L | T | Buy | 02/26/19 | L | | |
| 89. COLUMBIA CONTRARIAN CORE FD CL INST 2 (COFRX) | A | Dividend | | | Sold | 10/24/19 | L | E | |
| 90. FEDERATED SHORT INTM DUR MUNI TR (FSHIX) (see Part VIII) | | | | | | | | | |
| 91. FEDERATED TOTAL RETURN BOND FD INST CL (FTRBX) | D | Dividend | M | T | | | | | |
| 92. FIDELITY CONTRA FUND (FCNTX) | D | Dividend | M | T | | | | | |
| 93. FMI INTL FD INST (FMIYX) | D | Dividend | M | T | Buy<br>(add'l) | 02/26/19 | K | | |
| 94. FRANKLIN GROWTH FUND ADV CL (FCGAX) | D | Dividend | M | T | | | | | |
| 95. Franklin Rising Dividends FD (FRDAX) | C | Dividend | M | T | | | | | |
| 96. IVY MID CAP INCM OPPTY I (IVOIX) | B | Dividend | M | T | Buy | 02/26/19 | M | | |
| 97. JANUS HENDERSON GLBL REAL ESTATE (JERIX) | C | Dividend | L | T | Buy | 12/09/19 | L | | |
| 98. GOLDMAN SACHS INTL SMALL CAP INSIGHTS I (GICIX) | A | Dividend | | | Sold | 05/03/19 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carnes, Julie E.** | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 99. ISHARES TRUST JP MORGAN USD EMERGING MARKETS ETF (EMB) | A | Dividend | | | Buy (add'l) | 02/04/19 | K | | |
| 100. | | | | | Sold | 02/28/19 | K | A | |
| 101. ISHARES 20+ TREASURY BOND ETF (TLT) | A | Dividend | | | Sold | 02/28/19 | J | A | |
| 102. ISHARES COMMODITIES SELECT STRATEGY ETF (COMT) | B | Dividend | | | Sold | 02/28/19 | J | A | |
| 103. ISHARES MSCI EAFE SMALL CAP ETF (SCZ) | C | Dividend | M | T | | | | | |
| 104. ISHARES S&P U S PFD FUND S&P U S PFD STK INDEX FD (PFF) | B | Dividend | | | Sold | 02/26/19 | K | A | |
| 105. ISHARES CORE US AGGREGATE BOND ETF (AGG) | A | Dividend | | | Buy (add'l) | 02/04/19 | J | | |
| 106. | | | | | Sold (part) | 02/26/19 | L | A | |
| 107. | | | | | Sold | 02/28/19 | L | A | |
| 108. ISHARES 3-7 YEAR TREASURY BOND ETF (IEI) | A | Dividend | | | Sold (part) | 01/16/19 | J | A | |
| 109. | | | | | Sold | 10/09/19 | K | B | |
| 110. ISHARES CORE S&P TOTAL U.S. STOCK MARKET ETF (ITOT) | B | Dividend | M | T | | | | | |
| 111. ISHARES MBS ETF ACTUAL PRICES (MBB) | B | Dividend | | | Buy (add'l) | 05/20/19 | J | | |
| 112. | | | | | Sold | 10/09/19 | K | B | |
| 113. ISHARES EDGE MSCI MIN VOL USA ETF (USMV) | B | Dividend | L | T | | | | | |
| 114. ISHARES 1-3 YEAR TREASURY BOND ETF (SHY) | A | Dividend | | | Sold | 02/06/19 | K | A | |
| 115. ISHARES CORE 15 YEAR USD BOND ETF (ISTB) | A | Dividend | | | Sold (part) | 01/09/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. | | | | | Sold | 02/28/19 | K | A | |
| 117. ISHARES NATIONAL MUNI BOND ETF (MUB) | D | Dividend | M | T | | | | | |
| 118. ISHARES GOLD TRUST (IAU) | A | Dividend | | | Sold | 02/28/19 | J | A | |
| 119. ISHARES TIPS BOND FUND (TIP) | A | Dividend | | | Sold (part) | 02/28/19 | K | A | |
| 120. | | | | | Sold | 10/09/19 | J | A | |
| 121. ISHARES IBOXX HIGH YIELD BOND ETF (HYG) | A | Dividend | | | Sold (part) | 01/16/19 | J | A | |
| 122. | | | | | Sold (part) | 02/28/19 | J | A | |
| 123. | | | | | Sold | 10/09/19 | J | A | |
| 124. ISHARES TR CORE MSCI EAF ETF (IEFA) | A | Dividend | | | Sold (part) | 01/16/19 | K | A | |
| 125. | | | | | Sold (part) | 02/26/19 | K | C | |
| 126. | | | | | Sold (part) | 06/13/19 | J | A | |
| 127. | | | | | Sold | 10/09/19 | K | A | |
| 128. ISHARES INC CORE MSCI EMERGING MKTS ETF (IEMG) | A | Dividend | | | Buy (add'l) | 01/16/19 | J | | |
| 129. | | | | | Sold (part) | 02/26/19 | K | C | |
| 130. | | | | | Buy (add'l) | 05/20/19 | J | | |
| 131. | | | | | Sold (part) | 06/13/19 | J | A | |
| 132. | | | | | Sold | 10/09/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 133. ISHARES TR RUSSELL 2000 RUSSELL 2000 INDEX FUND (IWM) | A | Dividend | | | Sold | 02/28/19 | J | B | |
| 134. ISHARES TR CORE DIVID GROWTH ETF (DGRO) (see Part VIII) | B | Dividend | L | T | | | | | |
| 135. INVESCO S&P ETF 500 LOW VOLATILITY (SPLV) | D | Dividend | N | T | Sold (part) | 02/28/19 | K | D | |
| 136. INVESCO QQQ TRUST SER 1 (QQQ) | A | Dividend | | | Sold (part) | 01/09/19 | J | A | |
| 137. | | | | | Sold | 02/28/19 | J | A | |
| 138. INVESCO BULTSH 2020 CORP BOND ETF (BSCK) | A | Dividend | J | T | | | | | |
| 139. INVESCO EMERGING MARKETS SOVEREIGN DEBT ETF (PCY) | A | Dividend | | | Sold (part) | 01/16/19 | J | A | |
| 140. | | | | | Sold (part) | 03/20/19 | J | A | |
| 141. | | | | | Sold | 10/09/19 | J | A | |
| 142. INVESCO PREFERRED ETF (PGX) | A | Dividend | | | Sold | 10/09/19 | J | A | |
| 143. INVESCO OPPENHEIMER (FKA OPPENHEIMER) INTL SMALL MID CO. Y (OSMYX) | B | Dividend | K | T | | | | | |
| 144. INVESCO OPPENHEIMER (FKA OPPENHEIMER) DEVELOPING MKTS FD CL Y (ODVYX) | C | Dividend | M | T | | | | | |
| 145. JPMORGAN INCM I (JMSIX) | C | Dividend | M | T | Buy | 06/07/19 | L | | |
| 146. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 147. MFS INTL NEW DISCOVERY I (MWNIX) | B | Dividend | L | T | Buy | 02/26/19 | L | | |
| 148. METROPOLITAN WEST TOTAL RETURN BOND I (MWTIX) | A | Dividend | | | Sold | 02/26/19 | M | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 149. OAKMARK INTL FD ADV (OAYIX) | C | Dividend | M | T | | | | | |
| 150. PGIM HIGH YIELD FUND Z (PHYZX) | D | Dividend | N | T | Buy | 03/15/19 | N | | |
| 151. PARNASSUS CORE EQTY FD INST (PRILX) | D | Dividend | M | T | | | | | |
| 152. PIMCO FOREIGN BD USD HEDGED CL INST (PFORX) | B | Dividend | K | T | | | | | |
| 153. PIMCO ENHANCED SHORT MATURITY ACTIVE ETF (MINT) | A | Dividend | | | Sold | 02/28/19 | J | A | |
| 154. PIMCO 0-5 YEAR HIGH YLD BND ETF IV (HYS) | A | Dividend | | | Buy | 02/04/19 | J | | |
| 155. | | | | | Sold | 02/28/19 | J | A | |
| 156. SCHWAB AMT TAX FREE MONEY FUND INVESTOR SHS (SWWXX) | C | Dividend | N | T | Buy (add'l) | 02/26/19 | M | | |
| 157. | | | | | Buy (add'l) | 10/24/19 | N | | |
| 158. SCHWAB VALUE ADVANTAGE MONEY FUND (SWVXX) | C | Dividend | M | T | | | | | |
| 159. SCHWAB FUNDAMENTAL INTL LARGE COMPANY ETF (FNDF) | A | Dividend | K | T | | | | | |
| 160. SCHWAB FUNDAMENTAL INTL SMALL COMPANY ETF (FNDC) | A | Dividend | K | T | | | | | |
| 161. SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | J | T | | | | | |
| 162. SCHWAB US LARGE CAP GROWTH ETF (SCHG) | A | Dividend | J | T | | | | | |
| 163. SELECT SECTOR HEALTH CARE SPDR ETF (XLV) | A | Dividend | | | Sold | 02/28/19 | J | A | |
| 164. SPDR FUND CONSUMER STAPLES ETF (XLP) | A | Dividend | | | Sold | 02/28/19 | J | A | |
| 165. SPDR BLOOMBERG BARCLAYS SHORT TERM HIGH ETF (SJNK) | B | Dividend | | | Sold | 02/26/19 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 166. SPDR GOLD SHARES ETF (GLD) | A | Dividend | | | Sold | 02/26/19 | K | B | |
| 167. S P D R S&P 500 ETF (SPY) | A | Dividend | | | Sold | 02/28/19 | K | A | |
| 168. SPDR S&P Dividend ETF (SDY) | C | Dividend | L | T | | | | | |
| 169. Schwab S&P 500 Index FD (SWPPX) | C | Dividend | M | T | | | | | |
| 170. TCW TOTAL RETURN BOND FUND I CLASS (TGLMX) | C | Dividend | | | Sold | 02/26/19 | M | A | |
| 171. USAA TAX EXEMPT INTERM TERM FUND (USATX) | A | Dividend | J | T | | | | | |
| 172. VANGUARD VALUE ETF (VTV) | D | Dividend | N | T | Buy (add'l) | 01/16/19 | K | | |
| 173. | | | | | Sold (part) | 09/27/19 | J | A | |
| 174. | | | | | Sold (part) | 10/09/19 | M | E | |
| 175. Vanguard Growth ETF (VUG) | D | Dividend | O | T | Buy (add'l) | 01/16/19 | K | | |
| 176. | | | | | Buy (add'l) | 06/13/19 | J | | |
| 177. | | | | | Sold (part) | 05/20/19 | J | A | |
| 178. | | | | | Sold (part) | 09/27/19 | J | A | |
| 179. | | | | | Sold (part) | 10/09/19 | L | E | |
| 180. VANGUARD EQUITY INCOME FD ADMIRAL SHS (VEIRX) | A | Dividend | | | Sold | 02/26/19 | K | D | |
| 181. VANGUARD INTERMEDIATE-TERM CORPORATE BOND (VCIT) | A | Dividend | | | Buy (add'l) | 01/16/19 | J | | |
| 182. | | | | | Buy (add'l) | 02/04/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carnes, Julie E.** | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 183. | | | | | Sold (part) | 02/28/19 | L | A | |
| 184. | | | | | Sold | 10/09/19 | J | A | |
| 185. VANGUARD INTERMEDIATE TERM BOND ETF (BIV) | A | Dividend | | | Sold (part) | 01/16/19 | J | A | |
| 186. | | | | | Buy (add'l) | 05/20/19 | J | | |
| 187. | | | | | Sold (part) | 09/27/19 | J | A | |
| 188. | | | | | Sold | 10/09/19 | K | C | |
| 189. VANGUARD SHORT TERM BOND (BSV) | A | Dividend | | | Sold | 01/16/19 | K | A | |
| 190. VANGUARD SMALL CAP GROWTH ETF (VBK) | A | Dividend | | | Buy (add'l) | 01/16/19 | J | | |
| 191. | | | | | Sold | 10/09/19 | K | A | |
| 192. VANGUARD SMALL CAP VALUE ETF (VBR) | A | Dividend | K | T | Sold (part) | 10/09/19 | J | A | |
| 193. VANGUARD CONSUMER DISCRETIONARY ETF (VCR) | A | Dividend | | | Sold | 02/28/19 | J | A | |
| 194. VANGUARD FTSE ALL WORLD EX US ETF (VEU) | B | Dividend | L | T | | | | | |
| 195. VANGUARD INTERM TERM TAX EXEMPT FD ADMIRAL SHARE (VWIUX) | D | Dividend | M | T | Buy (add'l) | 02/26/19 | L | | |
| 196. VANGUARD SHORT TERM TREASURY ETF (VGSH) | A | Dividend | | | Buy (add'l) | 01/09/19 | K | | |
| 197. | | | | | Sold (part) | 02/06/19 | K | A | |
| 198. | | | | | Sold | 02/28/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 199. VANGUARD INTL EQTY ETF GLOBAL EX-US REAL ESTATE (VNQI) | A | Dividend | | | Sold | 12/06/19 | L | D | |
| 200. VANGUARD REIT (VNQ) | C | Dividend | M | T | | | | | |
| 201. VANGUARD SMALL CAP VALUE (VBR) | A | Dividend | K | T | | | | | |
| 202. VANGUARD (WHITEHALL) FUNDS HIGH DIVIDEND YIELD (VYM) | C | Dividend | L | T | | | | | |
| 203. VANGUARD DIVIDEND APPRECIATION ETF (VIG) | A | Dividend | | | Sold | 02/28/19 | K | B | |
| 204. VANGUARD FTSE Developed Markets ETF (VEA) | A | Dividend | | | Buy (add'l) | 01/09/19 | J | | |
| 205. | | | | | Sold | 02/28/19 | L | A | |
| 206. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | | | Sold | 02/28/19 | K | A | |
| 207. VANGUARD TOTAL STOCK MKT ETF (VTI) | A | Dividend | | | Sold (part) | 01/09/19 | J | B | |
| 208. | | | | | Sold | 02/28/19 | K | B | |
| 209. VANGUARD RUSSELL 2000 ETF IV (VTWO) | A | Dividend | | | Sold | 06/07/19 | L | E | |
| 210. VANGUARD SHORT-TERM CORPORATE BOND (VCSH) | A | Dividend | | | Buy | 01/16/19 | K | | |
| 211. | | | | | Buy (add'l) | 05/20/19 | J | | |
| 212. | | | | | Sold | 10/09/19 | K | B | |
| 213. VANGUARD HIGH YIELD CORP FUND ADMIRAL SHARE (VWEAX) | D | Dividend | N | T | Buy | 03/15/19 | N | | |
| 214. VANGUARD INTERMEDIATE TERM TREASURY ETF (VGIT) | A | Dividend | | | Buy | 01/09/19 | J | | |
| 215. | | | | | Sold | 02/28/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 216. WESTERN ASSET CORE PLUS BD FD IS (WAPSX) | D | Dividend | M | T | Buy (add'l) | 10/24/19 | K | | |
| 217. WISDOMTREE DIVIDEND EX FINANCIALS FUND (DTN) | B | Dividend | K | T | | | | | |
| 218. WISDOMTREE US SMALLCAP DIVIDEND ETF (DES) | B | Dividend | L | T | Buy | 03/15/19 | L | | |
| 219. AMAZON COM INC 2.6%19 DUE 12/05/19 | A | Interest | | | Redeemed | 11/05/19 | K | A | |
| 220. GOLDMAN SACHS BK US 2%20 CD DUE 4/22/20 | A | Interest | K | T | | | | | |
| 221. SIMON PPTY GRP 4.125%21 DUE 12/01/21 | B | Interest | | | Redeemed | 10/07/19 | K | B | |
| 222. US TREASURY NOTE 1.625% DUE 08/31/19 | C | Interest | | | Redeemed | 09/03/19 | N | A | |
| 223. US TREASURY BILL DUE 02/14/19 | A | Interest | | | Redeemed | 02/14/19 | M | A | |
| 224. CHARLESTON CO SC EDL EXCE 5%23REV DUE 12/01/23 | B | Interest | K | T | | | | | |
| 225. DALLAS FORT WORTH REV DUE 11/01/22 | A | Interest | K | T | | | | | |
| 226. ENERGY NW WA ELEC R 5%28ELEC UTIL DUE 07/01/28 | B | Interest | L | T | Buy | 04/12/19 | L | | |
| 227. FLORIDA ST BOARD ED 5% DB UTX DUE 06/01/30 | C | Interest | L | T | | | | | |
| 228. FORSYTH CNTY GA SD 5%20GO UTX DUE 02/01/20 | B | Interest | K | T | | | | | |
| 229. GEORGIA ST 5%20GO LTX DUE 09/01/20 | B | Interest | K | T | | | | | |
| 230. GEORGIA ST ROAD & T 5% EXCISE TAX DUE 06/01/21 | C | Interest | L | T | | | | | |
| 231. HAWAII, STATE OF 5%28 VP DUE 05/01/28 | B | Interest | K | T | | | | | |
| 232. HOUSTON TEX INDPT 5%23GO LTX DUE 02/15/23 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 233. HOUSTON TEXAS UTILI 4%21COMB UTIL DUE 11/15/21 | A | Interest | M | T | Buy | 08/21/19 | M | | |
| 234. IL ST TOLL HWY AUTH 5%30 TOLL TRAN DUE 01/01/30 | A | Interest | M | T | Buy | 11/06/19 | M | | |
| 235. IN FIN AUTH HLTH SY 5%27 HOSP HLTH DUE 11/01/27 XTRO | B | Interest | L | T | | | | | |
| 236. JEA FLA Wtr & Swr 5% 21 REV DUE 10/01/21 | A | Interest | K | T | | | | | |
| 237. KY ST TPK AUTH 5%26 ROAD TRAN DUE 07/01/26 | B | Interest | L | T | | | | | |
| 238. MARTA GA 4% EXCISE TAX DUE 07/01/29 | C | Interest | L | T | | | | | |
| 239. MA ST WTR POLL ABAT 5%25AUTH POOL DUE 08/01/25 | B | Interest | K | T | | | | | |
| 240. MET T AUTH NY REV 5%26 TRAN COMB DUE 11/15/26 | B | Interest | K | T | | | | | |
| 241. Minnesota PUB FACS 5% 20 REV DUE 03/01/20 | A | Interest | K | T | | | | | |
| 242. NC ST LTD OBG REV 5% 5/1/2025 | B | Interest | L | T | | | | | |
| 243. New Jersey Turnpike NJ REV 5% 1/1/25 | B | Interest | K | T | | | | | |
| 244. PENNSYLVANIA ST 5%20GO UTX DUE 07/01/20 | B | Interest | K | T | | | | | |
| 245. PORT SEATTLE WA 5%28 PA TRAN DUE 05/01/28 | B | Interest | K | T | | | | | |
| 246. PRI COLLEGES & UNIV G 5%29 UNIV EDUC DUE 09/01/29 | A | Interest | M | T | Buy | 08/19/19 | M | | |
| 247. SAN FRANCISCO CALIF GO U/LTX SCH IMPT DUE 06/15/24 | A | Interest | K | T | | | | | |
| 248. Texas ST 5% 19GO DUE 10/01/19 | A | Interest | | | Redeemed | 10/01/19 | K | A | |
| 249. Univ Cincinnati OH REV 5% 6/1/23 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 250. VIRGINIA COLLEGE BL 5%26 FAC EDUC DUE 02/01/26 | B | Interest | L | T | | | | | |
| 251. WASHINGTON ST FOR 5%19GO UTX DUE 07/01/19 | A | Interest | | | Redeemed | 07/01/19 | K | A | |
| 252. WISCONSIN ST TRANSN 5%24REV DUE 07/01/24 | B | Interest | K | T | | | | | |
| 253. SCH MUNI MONEY FUND SWEEP SHARES (SWXXX) | A | Dividend | | | Sold | 01/03/19 | K | A | |
| 254. ABBOTT LABORATORIES GLB 03.400% NOV 30 2023 | A | Interest | J | T | Buy (add'l) | 04/08/19 | J | | |
| 255. ACE INA HOLDINGS COMPANY GUARNT GLB 02.875% NOV 03 2022 | A | Interest | J | T | Buy (add'l) | 10/17/19 | J | | |
| 256. AIR LEASE CORP GLB 03.250% MAR 01 2025 | A | Interest | J | T | | | | | |
| 257. AMERICAN HONDA FINANCE SER MTN 02.450% SEP 24 2020 | A | Interest | | | Sold | 05/24/19 | J | A | |
| 258. AMERICAN HONDA FINANCE SER MTN 01.650% JUL 12 2021 | A | Interest | J | T | Buy | 10/17/19 | J | | |
| 259. APACHE CORP GLB 03.250% APR 15 2022 | A | Interest | J | T | Buy (add'l) | 06/21/19 | J | | |
| 260. | | | | T | Buy (add'l) | 10/28/19 | J | | |
| 261. ANHEUSER-BUSCH INBEV WOR COMPANY GUARNT GLB 04.750% JAN 23 2029 | A | Interest | J | T | Buy | 04/23/19 | J | | |
| 262. | | | | T | Buy (add'l) | 10/17/19 | J | | |
| 263. AT&T INC GLB 03.550% JUN 01 2020 | A | Interest | J | T | Buy | 06/06/19 | J | | |
| 264. BERKSHIRE HATHAWAY INC GLB 02.200% MAR 15 2021 | A | Interest | | | Sold | 10/03/19 | J | A | |
| 265. BOSTON PROPERTIES LP GLB 02.750% OCT 01 2026 | A | Interest | J | T | Buy (add'l) | 10/17/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 266. | BP CAPITAL MARKETS PLC COMPANY GUARNT GLB 03.561% NOV 01 2021 | A | Interest | J | T | Buy (add'l) | 10/17/19 | J | | |
| 267. | | | | | | Buy (add'l) | 10/28/19 | J | | |
| 268. | CATERPILLAR FINANCIAL SE SER MTN 02.100% JUN 09 2019 | A | Interest | | | Redeemed | 06/10/19 | J | A | |
| 269. | CATERPILLAR FINL SERVICE SER MTN 02.850% MAY 17 2024 | A | Interest | J | T | Buy | 09/17/19 | J | | |
| 270. | | | | | T | Buy (add'l) | 10/18/19 | J | | |
| 271. | CELGENE CORP GLB 03.625% MAY 15 2024 | A | Interest | | | Sold | 04/22/19 | J | A | |
| 272. | CHARLES SCHWAB CORP GLB 03.225% SEP 01 2022 | A | Interest | J | T | | | | | |
| 273. | CITIGROUP INC SUBORDINATED GLB 04.300% NOV 20 2026 | A | Interest | J | T | Buy (add'l) | 10/17/19 | J | | |
| 274. | COCA-COLA CO/THE GLB 03.200% NOV 01 2023 | A | Interest | J | T | Buy | 10/17/19 | J | | |
| 275. | COMCAST CORP COMPANY GUARNT GLB 03.700% APR 15 2024 | A | Interest | J | T | Buy | 10/17/19 | J | | |
| 276. | CVS HEALTH CORP GLB 02.875% JUN 01 2026 | A | Interest | J | T | Buy | 10/17/19 | J | | |
| 277. | DOWDUPONT INC GLB 04.205% NOV 15 2023 | A | Interest | J | T | Buy (add'l) | 10/17/19 | J | | |
| 278. | DUKE ENERGY CORP GLB 03.150% AUG 15 2027 | A | Interest | J | T | | | | | |
| 279. | DTE ENERGY CO SER C GLB 03.400% JUN 15 2029 | A | Interest | J | T | Buy | 10/17/19 | J | | |
| 280. | E.I. DU PONT DE NEMOURS GLB 02.800% FEB 15 2023 (See Part VIII) | | | | | | | | | |
| 281. | ECOLAB INC GLB 03.250% DEC 01 2027 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 282. EDISON INTERNATIONAL GLB 04.125% MAR 15 2028 | A | Interest | | | Sold | 01/25/19 | J | A | |
| 283. EPR PROPERTIES COMPANY GUARNT GLB 04.950% APR 15 2028 | A | Interest | J | T | | | | | |
| 284. FEDEX CORP COMPANY GUARNT 03.400% FEB 15 2028 | A | Interest | J | T | Buy (add'l) | 10/17/19 | J | | |
| 285. FIDELITY NATIONAL INFORM COMPANY GUARNT GLB 03.500% APR 15 2023 | A | Interest | J | T | | | | | |
| 286. FISERV INC GLB 03.850% JUN 01 2025 | A | Interest | J | T | Buy | 10/18/19 | J | | |
| 287. GENERAL MOTORS FINL CO COMPANY GUARNT GLB 04.000% OCT 06 2026 | A | Interest | J | T | | | | | |
| 288. HOME DEPOT INC GLB 03.350% SEP 15 2025 | A | Interest | J | T | Buy (add'l) | 10/17/19 | J | | |
| 289. INTEL CORP GLB 02.875% MAY 11 2024 | A | Interest | | | Sold | 10/01/19 | J | A | |
| 290. JOHN DEERE CAPITAL CORP SER MTN 02.300% SEP 16 2019 | A | Interest | | | Redeemed | 09/16/19 | J | A | |
| 291. KEYCORP SER MTN 05.100% MAR 24 2021 | A | Interest | J | T | | | | | |
| 292. KINDER MORGAN ENER PART COMPANY GUARNT 03.500% MAR 01 2021 | A | Interest | J | T | | | | | |
| 293. MARRIOTT INTERNATIONAL \SER X GLB 04.000% APR 15 2028 | A | Interest | J | T | | | | | |
| 294. MARSH & MCLENNAN COS INC GLB 04.375% MAR 15 2029 | A | Interest | J | T | Buy | 02/12/19 | J | | |
| 295. | | | | T | Buy (add'l) | 10/17/19 | J | | |
| 296. MCDONALD'S CORP SER MTN 02.750% DEC 09 2020 | A | Interest | J | T | Buy (add'l) | 06/18/19 | J | | |
| 297. | | | | | Buy (add'l) | 10/17/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 298. | | | | | Buy (add'l) | 10/30/19 | J | | |
| 299. NATIONAL OILWELL VARCO I GLB 02.600% DEC 01 2022 | A | Interest | J | T | Buy | 10/17/19 | J | | |
| 300. NEXTERA ENERGY CAPITAL COMPANY GUARNT GLB 03.500% APR 01 2029 | A | Interest | J | T | Buy | 06/14/19 | J | | |
| 301. NORTHROP GRUMMAN CORP GLB 02.080% OCT 15 2020 | A | Interest | J | T | Buy (add'l) | 10/18/19 | J | | |
| 302. NUCOR CORP GLB 03.950% MAY 01 2028 | A | Interest | J | T | Buy | 10/18/19 | J | | |
| 303. ORACLE CORP GLB 02.500% OCT 15 2022 | A | Interest | J | T | Buy (add'l) | 10/17/19 | J | | |
| 304. PHILIP MORRIS INTL INC GLB 01.375% FEB 25 2019 | A | Interest | | | Redeemed | 02/25/19 | J | A | |
| 305. REPUBLIC SERVICES INC GLBN 03.375% NOV 15 2027 | A | Interest | J | T | Buy | 10/17/19 | J | | |
| 306. REYNOLDS AMERICAN INC COMPANY GUARNT GLB 04.450% JUN 12 2025 | A | Interest | J | T | Buy (add'l) | 12/16/19 | J | | |
| 307. SIMON PROPERTY GROUP LP GLB 03.375% OCT 01 2024 | A | Interest | J | T | Buy | 10/17/19 | J | | |
| 308. SOUTHERN CO GLB 01.850% JUL 01 2019 | A | Interest | | | Redeemed | 01/24/19 | J | A | |
| 309. STARBUCKS CORP GLB 02.200% NOV 22 2020 | A | Interest | J | T | Buy (add'l) | 10/17/19 | J | | |
| 310. TIME WARNER INC COMPANY GUARNT GLB 03.550% JUN 01 2024 | A | Interest | | | Redeemed | 06/05/19 | J | A | |
| 311. TOYOTA MOTOR CREDIT CORP SER MTN 02.900% APR 17 2024 | A | Interest | J | T | | | | | |
| 312. UNITEDHEALTH GROUP INC GLB 03.875% DEC 15 2028 | A | Interest | J | T | Buy | 02/06/19 | J | | |
| 313. | | | | T | Buy (add'l) | 10/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carnes, Julie E.** | 05/7/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 314.  UNITED PARCEL SERVICE - 02.500% APR 01 2023 | A | Interest | J | T | Buy (add'l) | 10/18/19 | J | | |
| 315.  USD NUTRIEN LTD 4.000% DEC 15 2026 | A | Interest | J | T | | | | | |
| 316.  VERIZON COMMUNICATIONS GLB 04.125% MAR 16 2027 | A | Interest | J | T | Buy (add'l) | 10/17/19 | J | | |
| 317.  WALT DISNEY COMPANY/THE SER GMTN GLB 03.150% SEP 17 2025 | A | Interest | J | T | | | | | |
| 318.  WASTE MANAGEMENT INC COMPANY GUARNT GLB 03.150% NOV 15 2027 | A | Interest | J | T | Buy (add'l) | 10/17/19 | J | | |
| 319.  WELLS FARGO & COMPANY SER MTN GLB 04.150% Jan 24, 2029 | A | Interest | J | T | Buy | 02/27/19 | J | | |
| 320. | | | | T | Buy (add'l) | 10/18/19 | J | | |
| 321.  Trust #2 | | | | | | | | | |
| 322.  - Wells Fargo cash acc't | A | Interest | L | T | | | | | |
| 323.  - Coca-Cola common stock | B | Dividend | L | T | | | | | |
| 324.  - Ameris Bank (formerly Fidelity Bank) cash acc't | A | Interest | N | T | | | | | |
| 325.  Estate #1 (X) | | | | | | | | | |
| 326.  - Wells Fargo cash accts | A | Interest | M | T | | | | | |
| 327.  - MetLife, Inc. common stock | B | Dividend | J | T | | | | | |
| 328.  - Brighthouse Financial, Inc. common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, line 39:  the entry for BIF MONEY FUND listed in the 2018 FDR at line 37, inadvertently omitted in Section D that this cash account was closed on 11/02/2018, with D(3) Value Code "K" and D(4) Gain Code "A."

2) Part VII, line 90:  the entry for FEDERATED SHORT INTERMEDIATE DURATION MUNI TR INST (FSHIX) listed in the 2018 FDR at line 100, inadvertently omitted in Section D that the fund was sold on 12/06/2018, with D(3) Value Code "M" and D(4) Gain Code "A."

3) Part VII, line 134:  the 2018 FDR inadvertently omitted ISHARES TR CORE DIVID GROWTH ETF (DGRO), bought on 12/20/2018.  The entry should have included Section B(1) Amount Code of "A"; B(2) "Dividend"; C(1) Value Code "L"; C(2) Value Method "T"; and D(3) Value Code "L."

4) Part VII, line 280:  the entry for E.I. DU PONT DE NEMOURS GLB 02.800% FEB 15 2023 listed in the 2018 FDR at line 290, inadvertently omitted in Section D that the bond was redeemed on 11/29/2018, with D(3) Value Code "J" and D(4) Gain Code "A."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julie E. Carnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544